☐ ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 19 2019 ★
BROOKLYN OFFICE

CV19-1620

RECEIVED
MAR 19 2019
PRO SE OFFICE

In The United States District Court
For The Eastern District of New York

Herman Lee Barton Jr    under 42 USC 1983
plaintive

KUNTZ, J.
BLOOM, M.J.

vs

Donald Trump
Washington DC
Defendant I

All of The Representivs
of The united States Senate
Defendants II

All of The Representives of
Congress
Defendants III

The Social Security Administration
Defendants IIII

complaint

I suffer The personal Injury of poverty The Defendant's Are Flagrant, Egregarious And criminal In the calculation of The cost of Living

I want The court To Order a discovery To Investigate The True cost of Living, I want The court To Award me 1775.00

for each month And I Also want The court To Award me $75000.00 for pain and Suffering of Living In poverty

Herman Lee Barton Jr
Pro-se plantive

Herman Barton
300 Timber Lane
Point Blank TX 77364

USMS

New York Eastern District Court
225 Cadman Plaza East Room 1185
Brooklyn New York 11201-1818

11201-189899